UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| NELSON ORTIZ-BAEZ,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Civil No. 05-1689 (JAF)<br><br>(Crim. No. 95-029) |

**O R D E R**

The "Motion to Vacate, Set Aside or Correct a Criminal Sentence Pursuant to 28 U.S.C. § 2255, Blakely v. Washington, and Dodd v. United States," is **DENIED and DISMISSED** for failure to articulate a legal reason meriting any such relief.  The motion to vacate does not specify the grounds for relief, the facts in support of the alleged grounds for relief, nor the relief requested. Citations of law, other than the naming of the two mentioned cases, are also lacking.  See Rules 2 and 4(b) of the Rules Governing Section 2255 Proceedings in the United States District Courts.

Judgment shall be entered accordingly.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 23rd day of August, 2005.

S/José Antonio Fusté
JOSE ANTONIO FUSTE
Chief U. S. District Judge